IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: JANUARY 3, 2006 |
| vs. | : | |
| | : | Criminal No. 01-569-01 |

RONALD COLEMAN
414 PUSEY AVENUE
COLLINGDALE, PA.   19023

TAKE NOTICE that the above-entitled case has been set for **HEARING - REVOCATION OF SUPERVISED RELEASE** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **THURSDAY, FEBRUARY 2, 2006** at 9:30 a.m. before the Honorable JAMES T. GILES, in Courtroom 17-A, 17th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

**Copy of Petition Enclosed**

Margaret Gallagher
Deputy Clerk to Judge James T. Giles


[NO]  INTERPRETER REQUIRED
[]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM


Notice to:
Defendant
Defense Counsel

| | |
|---|---|
| LOUIS ORTIZ, ESQ. | S. Astolfi, A.U.S.A. (via email) |
| DEFENDER ASSOC. OF PHILA. | U.S. Marshal (via email) |
| FEDERAL COURTS DIVISION | Probation Office - Dean G. DiPasquale |
| THE CURTIS CENTER BUILDING | Pretrial Services (via email) |
| SUITE 540 WEST | Larry Bowman (via email) |
| INDEPENDENCE SQUARE WEST | |
| PHILA., PA.   19106 | |

Cr 4 (rev. 8/98)