IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD COLEMAN<br>USM # 55740-066 | : | NO. 01-569-1 |

**O R D E R**

AND NOW, this 3RD day of February, 2006, it is Ordered that the defendant in the above captioned case shall be released from federal custody immediately.

BY THE COURT:

S/JAMES T. GILES, JUDGE
JAMES T. GILES, JUDGE

Civ 12 (9/83)